UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IBA MOLECULAR NORTH AMERICA, INC.,

            Plaintiff,

   -against-

THE MACC GROUP, LLC, et al.,

           Defendants.
------------------------------------------------------------X

09 Civ. 7888 (RMB)

**ORDER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/09

For the reasons stated during conference before the Court on October 21, 2009, it is hereby

**ORDERED**, that the action be, and the same hereby is, restored to the active calendar of the undersigned; and it is further

**ORDERED**, that a conference is scheduled for January 14, 2009 at 9:30 a.m.

**SO ORDERED**.

Dated: New York, New York
       November 12, 2009

                                                RMB
                                      Richard M. Berman, U.S.D.J.